United States District Court
Southern District of Texas
**ENTERED**
June 28, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**LAREDO DIVISION**

**FILED**
Nov 16, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 5:20-cr-783-S1** |
| | § | **1:26-mj-00142-EPG** |
| **BULMARO CHAVEZ-CHAVEZ** | § | |
| **aka "LA MUERTE", aka "RONCO"** | § | |
| **aka "LA VOZ RONCA", aka "GORDO",** | § | |
| **aka "FLACO", aka "LA BOLA",** | § | |
| **aka "VIEJO", aka "VIEJON"** | § | |

**ORDER TO UNSEAL SUPERSEDING INDICTMENT AND BENCH WARRANT**

The Government's Motion to Unseal the above-referenced Superseding Indictment and Bench Warrant is hereby GRANTED as to defendant, **BULMARO CHAVEZ-CHAVEZ aka "LA MUERTE", aka "RONCO" aka "LA VOZ RONCA", aka "GORDO", aka "FLACO", aka "LA BOLA", aka "VIEJO", aka "VIEJON"**.

The United States shall be permitted to disclose the superseding indictment and arrest warrant to law enforcement and other government personnel, including those of a foreign government, as necessary to assist in the pursuit of securing a waiver under the Rule of Specialty relating to the extradition of the defendant from Mexico to the United States.

The Court hereby orders the Clerk to issue certified copies of the superseding indictment and bench warrant as well as a certified copy of this motion and order to the United States Attorney's Office which documents may be disclosed as needed for the pursuit of the waiver of the rule of specialty related to the extradition of defendant from Mexico to the United States as outlined in the Government's motion.

DONE at Laredo, Texas, on this 28th day of June, 2022.

DIANA SALDAÑA
UNITED STATES DISTRICT JUDGE